# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> FOX AND FOX, ATTORNEYS AT LAW, P.C., W. FRANK JOHNSON, JR., JESSICA A. MILLER, and DAVID S. WORKMAN, CO-ADMINISTRATOR OF THE ESTATE OF MONA MITWALLI, DECEASED <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Case No. 2:19-cv-01479-JS ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Westport Insurance Corporation, Defendants Fox and Fox, Attorneys at Law, P.C., W. Frank Johnson, Jr., Jessica A. Miller, and Defendant David S. Workman, Co-Administrator of the Estate of Mona Mitwalli, Deceased, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.1(b), stipulate and agree that all claims which were asserted among them in this action have been resolved by settlement and should be dismissed with prejudice, each Party bearing its own costs and fees.

Dated: July 27, 2020                                  Respectfully submitted,

                                                                           s/ Douglas W. Walker
                                                          Robert P. Conlon (admitted *pro hac vice*)
                                                          Douglas W. Walker (admitted *pro hac vice*)
                                                          WALKER WILCOX MATOUSEK LLP
                                                          One North Franklin Street, Suite 3200
                                                          Chicago, IL 60606
                                                          Email: rconlon@walkerwilcox.com
                                                                        dougwalker@walkerwilcox.com
                                                          Tel. (312) 244-6700

        Andrew J. Gallogly
        MARGOLIS EDELSTEIN
        The Curtis Center, Suite 400E
        170 S. Independence Mall W.
        Philadelphia, PA 19106-3337
        Tel. (215) 931-5866
        Email: agallogly@margolisedelstein.com
        Attorneys for Plaintiff, Westport
        Insurance Corporation


        s/ Robert B. Bodzin
        Robert B. Bodzin
        KLEINBARD LLC
        Three Logan Square, 5th Floor
        1717 Arch Street
        Philadelphia, PA 19103
        Tel. (215) 568-2000
        Email: rbodzin@kleinbard.com
        Attorneys for Defendants Fox and Fox, Attorneys at Law, P.C.; W. Frank Johnson, Jr. and Jessica A. Miller


        s/ Jay M. Levin
        Jay M. Levin (I.D. 34561)
        OFFIT KURMAN
        Ten Penn Center
        1801 Market Street, Suite 2300
        Philadelphia PA  19103
        Tel. (267) 338-1300
        Email: jlevin@offitkurman.com
        Attorneys for Defendant David S. Workman, Co-Administrator of the Estate of Mona Mitwalli, Deceased


## CERTIFICATE OF SERVICE

I certify that the foregoing, Stipulation of Dismissal with Prejudice, was served upon all counsel of record via the Court's electronic filing system on July 27, 2020.


        s/ Douglas W. Walker
        Douglas W. Walker